**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000661
18-JUN-2026
07:51 AM
Dkt. 67 OAWST**

NO. CAAP-24-0000661


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


In the Matter of
UNITED PUBLIC WORKERS, AFSCME, Local 646, AFL-CIO,
Union-Appellant,
v.
STATE OF HAWAIʻI, UNIVERSITY OF HAWAII re: Grievance #2024-0067
(failure to restore and expand student housing services and its
impact on bargaining unit work at UH) (2024-004),
Employer-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(SPECIAL PROCEEDING NO. 1CSP-24-0000891)


ORDER APPROVING STIPULATION FOR
DISMISSAL OF APPEAL WITH PREJUDICE
(By: Nakasone, Chief Judge, Hiraoka and Guidry, JJ.)

Upon consideration of the "Stipulation for Dismissal with Prejudice of Appeal" (**Stipulation**), filed on June 16, 2026, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs associated with this appeal; and (3) the

Stipulation has been signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs in this appeal.

DATED: Honolulu, Hawai'i, June 18, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge